UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00095-JAW-01 |
| | ) | |
| MICHAEL ANGELO GIUFFRIDA | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00095-JAW-02 |
| | ) | |
| NOUR-EL-DEAN MOUNEIMNEH | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed January 19, 2012, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant Mouneimneh's Motion to Suppress (Docket # 56) be and hereby is DENIED.

It is further ORDERED that the Defendant Giuffrida's Motion to Suppress (Docket # 61) be and hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 8th day of February, 2012